RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Lead Deputy Attorney General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MAYDAY HEALTH,<br><br>                                 *Plaintiffs*,<br><br>        v.<br><br>RAÚL R. LABRADOR, Attorney General<br>of Idaho, in his official capacity,<br><br>                                 *Defendant*. | Case No. 1:26-cv-00334-AKB<br><br>**STIPULATION GOVERNING PROCEEDINGS** |

Plaintiff Mayday Health and Defendant Attorney General Raúl R. Labrador, collectively the Parties, desire for the Court to first consider Plaintiff's motion for preliminary injunction, Dkt. 4, before having Defendant answer or otherwise respond to Plaintiff's complaint, Dkt. 1. Therefore, the Parties ask that the Court enter an order governing proceedings as part of its docket management that recognizes the following:

- Defendant will respond to Plaintiff's motion for a preliminary injunction on or before **Monday, June 29, 2026**.

- Plaintiff will file any reply brief in support of its motion for a preliminary injunction on or before **Monday, July 13, 2026**.

- Defendant's obligation to answer or otherwise respond to the complaint (or any amended complaint) will be stayed, and such answer or other response will not be due until **21 days** after the Court fully resolves Plaintiff's motion for a preliminary injunction.

DATED: June 23, 2026

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br><br><br>/s/ *Adam S. Sieff (e-signed per authorization)*<br>ADAM S. SIEFF<br><br>*Attorney for Plaintiff* | STATE OF IDAHO<br>OFFICE OF THE ATTORNEY GENERAL<br><br><br>/s/ *Brian V. Church*<br>BRIAN V. CHURCH<br>Lead Deputy Attorney General<br><br>*Attorney for Defendant* |
| LEGAL VOICE<br><br><br>/s/ *Kelly O'Neill (e-signed per authorization)*<br>KELLY O'NEILL<br><br>*Attorney for Plaintiff* | |

STIPULATION GOVERNING PROCEEDINGS—2

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on June 23, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

DAVIS WRIGHT TREMAINE LLP
Los Angeles, California

Adam S. Sieff
adamsieff@dwt.com

Farrah C. Vazquez
farrahvazquez@dwt.com

DAVIS WRIGHT TREMAINE LLP
Seattle, Washington

Ambika Kumar
ambikakumar@dwt.com

Nicole Saad Bembridge
nicolesaadbembridge@dwt.com

*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE LLP
Washington, DC

Chelsea T. Kelly
chelseakelly@dwt.com

Laura R. Handman
laurahandman@dwt.com

Azeezat Adeleke
azeezatadeleke@dwt.com

LEGAL VOICE
Seattle, Washington

Wendy S. Heipt
wheipt@legalvoice.org

LEGAL VOICE
Boise, Idaho

Kelly O'Neill
koneill@legalvoice.org


/s/ *Brian V. Church*
BRIAN V. CHURCH

STIPULATION GOVERNING PROCEEDINGS—3