RAÚL R. LABRADOR
ATTORNEY GENERAL

JAMES E. M. CRAIG, ISB #6365
Chief, Civil Litigation and
Constitutional Defense

BRIAN V. CHURCH, ISB #9391
Lead Deputy Attorney General
Office of the Attorney General
P.O. Box 83720
Boise, ID 83720-0010
Telephone: (208) 334-2400
Facsimile: (208) 854-8073
james.craig@ag.idaho.gov
brian.church@ag.idaho.gov

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **MAYDAY HEALTH**,<br><br>Plaintiff,<br><br>v.<br><br>**RAÚL R. LABRADOR**, Attorney General of Idaho, in his official capacity,<br><br>Defendant. | Case No. 1:26-cv-00334-AKB<br><br>**JOINT MOTION TO RESET THE TELEPHONIC SCHEDULING CONFERENCE AND DEADLINES FOR FILING JOINT LITIGATION AND DISCOVERY PLAN** |

Plaintiff Mayday Health and Defendant Attorney General Raúl Labrador jointly move to vacate the October 1, 2026, telephonic hearing and reset the deadlines in the Court's Litigation Order and Notice of Telephonic Scheduling Conference (Dkt. 29).

The parties agree that good cause exists for resetting the deadlines and rescheduling the telephonic scheduling conference. Plaintiff's motion for a preliminary injunction (Dkt. 4) is fully briefed and awaits decision. Per the Court's order at Docket 16, the Defendant is waiting for a decision on the motion for preliminary injunction to respond to the Complaint. Having the Court's decision on the motion for preliminary injunction and knowing how the Defendant will respond to the Complaint, whether through an Answer or a Motion to Dismiss, will help the parties develop the discovery plan and litigation plan. Accordingly, this request is not intended to delay the Court's resolution of the pending motion for preliminary injunction but instead to promote the efficiency of these proceedings.

Therefore, the parties respectfully request that the Court vacate the October 1, 2026, telephonic hearing and reset the deadlines in the Court's Litigation Order and Notice of Telephonic Scheduling Conference. Within fourteen (14) days of the Court's decision on the motion for preliminary injunction, the parties will meet and confer to jointly submit a proposed schedule.

DATED: September 23, 2026

| | |
|---|---|
| DAVIS WRIGHT TREMAINE LLP<br><br><br>/s/ *Adam S. Sieff*<br>ADAM S. SIEFF<br><br>*Attorney for Plaintiff* | STATE OF IDAHO<br>OFFICE OF THE ATTORNEY GENERAL<br><br><br>/s/ *James E. M. Craig*<br>JAMES E. M. CRAIG<br>Division Chief<br>Civil Litigation and Constitutional Defense<br><br>*Attorney for Defendant* |
| LEGAL VOICE<br><br><br>/s/ *Kelly O'Neill*<br>KELLY O'NEILL<br><br>*Attorney for Plaintiff* | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT on September 23, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

DAVIS WRIGHT TREMAINE LLP
Los Angeles, California

Adam S. Sieff
adamsieff@dwt.com

Farrah C. Vazquez
farrahvazquez@dwt.com

DAVIS WRIGHT TREMAINE LLP
Seattle, Washington

Ambika Kumar
ambikakumar@dwt.com

Nicole Saad Bembridge
nicolesaadbembridge@dwt.com

*Attorneys for Plaintiff*

DAVIS WRIGHT TREMAINE LLP
Washington, DC

Chelsea T. Kelly
chelseakelly@dwt.com

Laura R. Handman
laurahandman@dwt.com

Azeezat Adeleke
azeezatadeleke@dwt.com

LEGAL VOICE
Seattle, Washington

Wendy S. Heipt
wheipt@legalvoice.org

LEGAL VOICE
Boise, Idaho

Kelly O'Neill
koneill@legalvoice.org

/s/ *James E. M. Craig*
JAMES E. M. CRAIG